Joseph Briskman v. Isidor J. Kaufherr.— Application denied, with ten

dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.